**UNDER SEAL**

FILED
CLERK, U.S. DISTRICT COURT
MAR 17 2011
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | ED11MJ00101 |
| JOSE ARTURO RUBIO CARILLO DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of <u>DEFENDANT</u>, IT IS ORDERED that a detention hearing is set for <u>3/22/11</u>, ____, at <u>1:30</u> ☐ a.m. / ☒ p.m. before the Honorable <u>OSWALD PARADA</u>, in Courtroom <u>3</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: <u>3/17/11</u>

_____
U.S. District Judge/Magistrate Judge